# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MARK WIGHTMAN, D.D.S. AND
WIGHTMAN FAMILY DENTAL, LLC

VERSUS

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY, D/B/A
BLUE CROSS BLUE SHIELDS OF
LOUISIANA; AND HMO
LOUISIANA, INC.

NO.   2026 CW 0447

**APRIL 2, 2026**

---

In Re:   Mark Wightman, D.D.S., Courtney Wightman, D.D.S., and
Wightman Family Dental, L.L.C., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. C-683969.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**STAY DENIED; WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.